**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| TYRONE STIFFARM, | ) CV-22-85-GF-BMM |
| | ) |
| Plaintiff, | ) Judge: Hon. Brian M. Morris |
| | ) |
| vs. | ) |
| | ) **ORDER DISMISSING** |
| UNITED STATES OF AMERICA; | ) **DR. KAHLON AND** |
| | ) **VISTA STAFFING** |
| | ) **SOLUTIONS WITH** |
| Defendant. | ) **PREJUDICE AND** |
| | ) **AMENDING THE CAPTION** |

Upon review of the Stipulation to Dismiss Dr. Kahlon and Vista Staffing Solutions, Inc. from this matter with Prejudice and the Unopposed Motion to Amend the Caption, pursuant to Federal Rule of Civil Procedure 41(a) & (b), agreement of the Parties, and for good cause appearing:

**IT IS HEREBY ORDERED** that Dr. Kahlon and Vista Staffing Solutions, Inc. are **DISMISSED** from this matter **WITH PREJUDICE,** with Plaintiff Tyrone Stiffarm, Dr. Kahlon, and Vista Staffing Solutions, Inc. to pay their own costs and attorney's fees; and

///

**IT IS FURTHER ORDERED** that the Unopposed Motion to Amend the Caption is **GRANTED** and the caption is **AMENDED** to remove Dr. Kahlon and Vista Staffing Solutions, Inc. from the caption on all further pleadings. The following changes to the schedule are as follows:

> Trial briefs; Proposed Findings of Facts and
> Conclusions of Law; Notice to Court Reporter of Intent
> to Use Real-Time; and Notice to I.T. of
> Intent to Use Electronic Exhibits or
> Videoconferencing due: August 5, 2025
>
> Bench Trial: August 12, 2025 at 9:00 a.m.
> Federal Courthouse, Great Falls, MT

All other provisions of the Court's Scheduling Order, (Doc. 23) excluding paragraphs 17-20 and 22, remain in full force and effect.

DATED this 15th day of October.

_____
Brian Morris, Chief District Judge
United States District Courts